FILED ___ ENTERED
LODGED ___ RECEIVED

MAR - 8 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP A. HARRIS, | |
| Plaintiff, | Case No. C09-385-JLR-BAT |
| v. | **ORDER REVERSING AND REMANDING CASE FOR FURTHER PROCEEDINGS** |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 8th day of March, 2010.

JAMES L. ROBART
United States District Judge

09-CV-00385-ORD

ORDER - 1